STOKOE v. STOKOE et al. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by John W. Stokoe against Charles S. Stokoe and others. PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., not sitting.

STOW, Respondent, v. MANNING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by William L. Stow against John P. Manning and others. P. M. Brown, of New York City, for appellants. H. C. S. Simpson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STOWELL, Appellant, v. KEIGLER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Claude v. Stowell, as sole trustee in bankruptcy, etc., against Margaret M. Keigler and another.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the evidence conclusively shows that the transfer was made with intent to hinder and defraud creditors.
FOOTE, J., not sitting.

STRATTON, Respondent, v. F. I. A. T., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Henry F. Stratton, as administrator, etc., of William T. Stratton, deceased, against F. I. A. T.
PER CURIAM. Order affirmed, with costs.
JENKS, P. J., and BURR, J., dissent.

SUGERMAN et al. v. DUNSCOMB et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mark H. Sugerman and others against Alexander H. Dunscomb and others. No opinion. Application denied, with $10 costs. Order signed.

SULLIVAN, Respondent, v. SHELMERDINE, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Ellen C. Sullivan against Mary J. Shelmerdine, formerly Mary F. Sullivan. No opinion. Judgment unanimously affirmed, with costs.

SUMMO, Respondent, v. SNARE & TRIEST CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Vitacrescenza Summo, as administratrix, against the Snare & Triest Company and another. H. M. Hitchings, of New York City, for appellants. W. F. Unger, of New York City, for respondent.
PER CURIAM. Order modified, by striking from the order for examination the provision authorizing an examination with respect to the matters set out in the affidavit and in subdivisions 1 ad 9 of said order. As so modified, order affirmed, without costs. Settle order on notice.

SWARTZ v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Nathan Swartz against the City of New York. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SWEENEY et al., Appellants, v. KELLEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by George W. Sweeney and another against Frances B. Kelley, individually and as executrix, etc., and others. No opinion. Judgment and order unanimously affirmed, with costs to defendant Frances B. Kelley.

TAGLIAVI v. MEIKLEHAN et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Frederick T. Tagliavi against T. M. Randolph Meiklehan and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

TANNERY et al. v. UHLFELDER et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by William H. Tannery and another against Blanche S. Uhlfelder and others. No opinion. Order affirmed, without costs.

TAYLOR, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Emma A. Taylor, as executrix, etc., against the New York Life Insurance Company.
PER CURIAM. Judgment affirmed, with costs. See, also, 149 App. Div. 936, 134 N. Y. Supp. 1148.
ROBSON, J., dissents.

In re THIRTY-NINTH ST. FERRY IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) In the matter of the application of the City of New York, etc., Thirty-Ninth Street Ferry.
PER CURIAM. Motion to dismiss appeal denied, on condition that within 20 days the